FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

CHAVES VILUZ ROGGE,                 )
                                    )
                    Petitioner,     )    No. CV 08-3148 AHM (AJW)
                                    )
              v.                    )
                                    )    ORDER ADOPTING REPORT AND
T. FELKER, WARDEN,                  )    RECOMMENDATION OF
                                    )    MAGISTRATE JUDGE
                    Respondent.     )
_____)

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: July 8, 2008

_____
A. Howard Matz
United States District Judge