JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| CHAVES VILUZ ROGGE, | ) | Case No. CV 08-3148-AHM(AJW) |
|      Petitioner, | ) | |
|     v. | ) | JUDGMENT |
| T. FELKER, WARDEN, | ) | |
|      Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: July 8, 2008

_____
A. Howard Matz
United States District Judge